```
┌─────────────────────────────────────────────┐
│         NONPRECEDENTIAL DISPOSITION          │
│ To be cited only in accordance with Fed. R. App. P. 32.1 │
└─────────────────────────────────────────────┘
```

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted November 18, 2016[*]
Decided January 25, 2017

**Before**

MICHAEL S. KANNE, *Circuit Judge*

ANN C. WILLIAMS, *Circuit Judge*

No. 16-3194

| | |
|---|---|
| EAGLE COVE CAMP & CONFERENCE CENTER, INC., *et al.*,<br>    *Plaintiffs-Appellants*, | Appeal from the United States District Court for the Western District of Wisconsin. |
| *v.* | No. 10-cv-118-wmc |
| TOWN OF WOODBORO, WISCONSIN, *et al.*,<br>    *Defendants-Appellees*. | William M. Conley,<br>*Judge*. |

## O R D E R

In 2010, Appellants brought eleven causes of action against Appellees, ten federal causes of action and one state cause of action. The district court granted Appellees motion for summary judgment and dismissed with prejudice all ten federal causes of action. The district court then declined to exercise supplemental jurisdiction over the remaining state law cause of action and dismissed it without prejudice. We affirmed.

---

[*] This successive appeal has been submitted to a quorum of the original panel under Operating Procedure 6(b), Judge John D. Tinder having retired since the time of our original decision. See 28 U.S.C. § 46(d). After examining the briefs and record, we have concluded that oral argument is unnecessary. Thus the appeal is submitted on the briefs and record. *See* FED. R. APP. P. 34(a)(2).

*Eagle Cove Camp & Conference Ctr., Inc. v. Town of Woodboro, Wis.*, 734 F.3d 673 (7th Cir. 2013).

Appellants filed this successive appeal challenging the district court's denial of their motion to vacate its original judgment. We find the district court's reasoning in that order persuasive and affirm the district court's order on those grounds. *Eagle Cove Camp & Conference Ctr. Inc. v. Town of Woodboro*, No. 10-cv-118-wmc, 2016 WL 6584687 (W.D. Wis. Aug. 11, 2016).

Additionally, Appellees moved to sanction Appellants under Federal Rule of Appellate Procedure 38 for raising frivolous claims on appeal. We exercise our discretion to deny that motion.